UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7900-GW-MARx | Date | August 4, 2023 |
|---|---|---|---|
| Title | *Juanito Recio v. Softhpath System, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

The Court has received the parties' Joint Mediation Report and Notice of Settlement (ECF No. 24). Based thereon, the Court orders as follows: (1) all previously set dates are taken off-calendar; (2) the August 7, 2023 post-mediation status conference is taken off-calendar; (3) an order to show cause status conference re settlement is set for September 11, 2023 at 8:30 a.m.; and (4) the parties are to file either a new joint status report or a dismissal of this action by September 6, 2023.

:

Initials of Preparer    JG